THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOLTEC CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York Corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants.. | NO. 2:22-cv-01161-RAJ<br><br>NOTICE OF SETTLEMENT |

Plaintiff Toltec Condominium Association ("Association") has settled its claims with Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company (collectively "Defendants").

The Association and Defendants are in the process of perfecting settlement. The Association and Defendants request that the Court refrain from issuing an order of dismissal for thirty (30) days, to give Defendants an opportunity to file a Motion for a Claims Bar. The Association further requests that the Court provide at least sixty (60) days to re-open the Association's suit against Defendants in the event settlement is not perfected.

Dated the 26th day of October, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Jessica R. Burns*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorneys for Defendants American Guarantee and Liability Insurance Company and Zurich American Insurance Company:</u>
Jose Dino Vasquez
Robert Arnold Radcliffe
KARR TUTTLE CAMPBELL
701 Fifth Ave, Ste 3300
Seattle, WA 98104
Phone: (206) 223-1313
Email: dvasquez@karrtuttle.com;
rradcliffe@karrtuttle.com

☐ via US Mail
☐ via Legal Messenger
☐ via Email
☒ via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 26th day of October, 2023, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

CERTIFICATE OF SERVICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660